No. 83–533. NICHOLSON *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Motions of American Farm Bureau Federation et al. and Louisiana Landmarks Society for leave to file briefs as *amici curiae* granted. Certiorari denied. ■

No. 83–589. HOPI INDIAN TRIBE *v.* BLOCK, SECRETARY OF AGRICULTURE, ET AL.; and

No. 83–669. NAVAJO MEDICINEMEN'S ASSN. ET AL. *v.* BLOCK, SECRETARY OF AGRICULTURE, ET AL. C. A. D. C. Cir. Motion of All Indian Pueblo Council et al. for leave to file a brief as *amici curiae* in No. 83–589 granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and these petitions. Reported below: 228 U. S. App. D. C. 166, 708 F. 2d 735.